|   |   |
|---|---|
| 1 | **JAW LEGAL**<br>Jared A. Washkowitz |
| 2 | 1050 Bishop Street, Suite 450<br>Honolulu, HI 96813<br>Telephone: 808-840-7410 |
| 3 | Fax: 415-520-9729 |
| 4 | Attorney for Plaintiffs |
| 5 | JIMMY and ANN BELSON |
| 6 | **COGSWELL NAKAZAWA<br>& CHANG, LLP** |
| 7 | Dena S. Aghabeg<br>444 West Ocean Blvd., Suite 1410 |
| 8 | Long Beach, CA 90802-8131<br>Telephone: 562-951-8668<br>Fax: 562-951-3933 |
| 9 |   |
| 10 | Attorneys for Defendant<br>GLACIER BAY, INC. |

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JIMMY and ANN BELSON, | ) | Case No.: C13-00775-SC |
|---|---|---|
|   | ) |   |
| Plaintiffs, | ) | (Related to Case No. C13-00762 SC) |
|   | ) |   |
| v. | ) | **STIPULATION OF DISMISSAL** |
|   | ) | **WITH PREJUDICE; ORDER** |
| GLACIER BAY, INC., and DOES 1 through 50, | ) |   |
|   | ) |   |
| Defendants. | ) |   |
| _____ | ) |   |
|   | ) |   |
| And Related Case | ) |   |
| _____ | ) |   |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff JIMMY BELSON and Defendant GLACIER BAY, INC. by and through their undersigned counsel, hereby stipulate to dismiss this action with prejudice, each party to bear its own costs and attorneys fees.

| | |
|---|---|
| Dated: January 20, 2014 | JAW LEGAL |
| | By: /s/Jared A. Washkowitz |
| | Jared A. Washkowitz |
| | Attorney for Plaintiffs |
| | JIMMY and ANN BELSON |
| | |
| Dated: January 20, 2014 | COGSWELL NAKAZAWA & CHANG, LLP |
| | By: /s/Dena S. Aghabeg |
| | Dena S. Aghabeg |
| | Attorneys for Defendant |
| | GLACIER BAY, INC. |

### **ATTESTATION CLAUSE**

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Jared A. Washkowitz, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.

Executed this 21st day of January, 2014 at Honolulu, Hawaii.

/s/ Jared A. Washkowitz
Jared A. Washkowitz

APPROVED AND SO ORDERED:

DATED: ~~Honolulu, Hawaii~~  01/23 , 2014

_____
JUDGE OF THE ABOVE-ENTITLED COURT

[Seal: United States District Court, Northern District of California — Judge Samuel Conti]

STIPULATION FOR DISMISSAL            -2-            Case No.: C13-00775-SC